CITY OF WASHINGTON v. EUREKA LUMBER COMPANY.

(Filed 11 September, 1907).

**Town Ordinances—Taxation—Separate Properties.**

Under a town ordinance imposing a separate tax upon two distinctive classes of saw-mill property connected by steam pipes, each is subject to its appropriate tax, though owned and operated by the same corporation.

CIVIL ACTION for the collection of town tax on factories, etc., heard by *W. R. Allen, J.,* upon facts agreed, at May Term, 1907, of the Superior Court of BEAUFORT County. The facts sufficiently appear in the opinion of the Court.

*Bragaw & Harding* for plaintiff.
*W. C. Rodman* for defendant.

CLARK, C. J.   The ordinances of the town of Washington, under authority of law, prescribed among the subjects of taxation "mills and factories of all kinds, including band-saw mills, $25 per year; circular-saw mills, $20; barrel, box or roller factories, $25 per year." The defendant has two buildings, 160 feet apart, built and formerly owned by distinct companies, but now connected by steam pipes and operated by the same company. In one of these buildings, which is a band-saw mill, the finished product is lumber; in the other the product is boxes and rollers. This last mill uses logs, from which the product is made direct, only a very small per-

centage of its output being dressed lumber, which comes in the rough state from the other mill.

From the above agreed facts it is clear that there are two distinct businesses, taxed separately by the town ordinance. That both are conducted by the same company does not exempt one of them. *Arey v. Commissioners,* 138 N. C., 500, is exactly in point.

Affirmed.